IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE THIRD FAMILY COURT OF ISTANBUL, REPUBLIC OF TURKIYE, IN *GAYE KARACAY AYDIN, v. BURAK AYDIN,* REF. NO. 2021/501 | ) ) ) ) ) ) |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

NOW COMES Dena J. King, United States Attorney for the Western District of North Carolina, by and through the undersigned Assistant United States Attorney, James B. Gatehouse, and petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing James B. Gatehouse, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Wells Fargo Bank. Certain information has been requested by the Third Family Court of Istanbul, Turkey, pursuant to a Letter of Request issued in connection with a civil matter pending in Turkey captioned *Gaye Karacay Aydin v. Burak Aydin,* Foreign Reference Number 2021/501, D.J. Reference Number: 189-25-22-93.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Respectfully submitted this 7th day of December, 2022.

        DENA J. KING
        UNITED STATES ATTORNEY

        **s/James B. Gatehouse**
        JAMES B. GATEHOUSE
        Assistant United States Attorney
        North Carolina Bar No. 22811
        227 West Trade Street, Suite 1650
        Charlotte, North Carolina 28202

Telephone No. (704) 344-6222
James.Gatehouse@usdoj.gov